IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HUTMACHER, PERRY ROY<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-70612 MB<br><br>Judge  Manuel Barbosa |

## TRUSTEE'S FINAL REPORT (PRE-DISTRIBUTION REPORT)

To:    THE HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES <u>JAMES E. STEVENS</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    The Petition commencing this case was filed on <u>03/19/07</u>. The Trustee was appointed on 03/19/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>0.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of September 4, 2007 is as follows.

    a.    RECEIPTS (See Exhibit C)                                                                 $     8,107.54

    b.    DISBURSEMENTS (See Exhibit C)                                                  $             0.00

EXHIBIT A

  c. NET CASH available for distribution    $    8,107.54

  d. ADMINISTRATIVE EXPENSES:

    1. Trustee compensation requested (See Exhibit E) $ 1,560.75
    2. Trustee Expenses (See Exhibit E) $ 0.00
    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) $ 0.00

    4. Other unpaid administrative expenses (See Exhibit G)$ _____

5. The Bar Date for filing unsecured claims expired on 07/30/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee, and a report is attached as Exhibit E. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a. Allowed unpaid secured claims    $    0.00

  b. Chapter 7 Administrative and 28 U.S.C. §1930 claims    $    1,560.75

  c. Allowed Chapter 11 Administrative Claims    $    0.00

  d. Allowed priority claims    $    0.00

  e. Allowed unsecured claims    $    15,146.50

7. Trustee proposes that unsecured creditors receive a distribution of 43.22% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00.

9. A fee of $506.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

EXHIBIT A

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: September 5, 2007

_____
JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtor's assets.

3. Open and maintain bank accounts

4. Obtain FEIN

5. Prepare Trustee's reporting forms including semi-annuals.

6. Correspondence to U.S. Trustee's Office.

7. Telephone conference with Debtor's attorney.

8. Preparation of Asset Notice and filing of same.

9. Telephone conversations with creditors.

10. Correspondence to Debtor's attorney.

11. Issue payments by Trustee.

12. Determination of estate tax liability.

13. Preparation of Trustee Final Report.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 07-70612 MB | Trustee: | (330420) JAMES E. STEVENS |
| --- | --- | --- | --- |
| Case Name: | HUTMACHER, PERRY ROY | Filed (f) or Converted (c): | 03/19/07 (f) |
| | | §341(a) Meeting Date: | 04/19/07 |
| Period Ending: | 09/04/07 | Claims Bar Date: | 07/30/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT/UNION SAVINGS BANK | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | SAVINGS ACCOUNT/UNION SAVINGS | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 4 | MISC. HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS, PICTURES, ETC. | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | DEBTOR'S CLOTHING | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | RINGS, WATCHES AND MISC. OTHER ITEMS | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | PELLET GUN AND MISC. SPORTING GOODS, ETC. | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | TERM LIFE INSURANCE | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | WHOLE LIFE INSURANCE/PEKIN LIFE INSURNACE | 7,000.00 | 7,000.00 | DA | 8,097.60 | FA |
| 11 | VARIABLE ANNUITY IRA | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA/UNION SAVINGS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | ROTH IRA/PUTNAM INVESTMENTS | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1993 FORD WAGON | 800.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1995 CHEVY CORSICA | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | MISC. HOUSEHOLD TOOLS,ETC. | 250.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.94 | FA |
| 17 | Assets Totals (Excluding unknown values) | $29,275.00 | $7,000.00 | | $8,107.54 | $0.00 |

Printed: 09/04/2007 02:25 PM   V.9.55

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-70612 MB | Trustee: | (330420) JAMES E. STEVENS |
| Case Name: | HUTMACHER, PERRY ROY | Filed (f) or Converted (c): | 03/19/07 (f) |
| | | §341(a) Meeting Date: | 04/19/07 |
| Period Ending: | 09/04/07 | Claims Bar Date: | 07/30/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**
  LIFE INSURANCE - $7,000

**Initial Projected Date Of Final Report (TFR):** September 4, 2007          **Current Projected Date Of Final Report (TFR):** September 4, 2007 (Actual)

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-70612 MB | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | HUTMACHER, PERRY ROY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****81-65 - Money Market Account |
| Taxpayer ID #: | 13-7571130 | | Blanket Bond: | $152,000.00  (per case limit) |
| Period Ending: | 09/04/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/25/07 | {10} | Peking Life INsurance Company | proceeds insurnace policy | 1110-000 | 8,097.60 | | 8,097.60 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.43 | | 8,098.03 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.61 | | 8,102.64 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.47 | | 8,107.11 |
| 09/04/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.43 | | 8,107.54 |
| 09/04/07 | | To Account #*********8166 | TRANSFER TO MONEY MARKET ACCOUNT | 9999-000 | | ! 8,107.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,107.54 | 8,107.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,107.54 | |
| | | | **Subtotal** | | 8,107.54 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,107.54** | **$0.00** | |

{} Asset reference(s)          !-Not printed or not transmitted                           Printed: 09/04/2007 02:23 PM     V.9.55

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-70612 MB | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | HUTMACHER, PERRY ROY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*81-66 - Checking Account |
| Taxpayer ID #: | 13-7571130 | | Blanket Bond: | $152,000.00 (per case limit) |
| Period Ending: | 09/04/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/07 | | From Account #\*\*\*\*\*\*\*\*8165 | TRANSFER TO MONEY MARKET ACCOUNT | 9999-000 ! | 8,107.54 | | 8,107.54 |
| | | | **ACCOUNT TOTALS** | | 8,107.54 | 0.00 | **$8,107.54** |
| | | | Less: Bank Transfers | | 8,107.54 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*81-65** | 8,107.54 | 0.00 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*81-66** | 0.00 | 0.00 | 8,107.54 |
| | **$8,107.54** | **$0.00** | **$8,107.54** |

{} Asset reference(s)       !-Not printed or not transmitted       Printed: 09/04/2007 02:23 PM   V.9.55

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HUTMACHER, PERRY ROY

CASE NO. 07-70612 MB

Judge Manuel Barbosa

Debtor(s)

## DISTRIBUTION REPORT

I, <u>JAMES E. STEVENS</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $ 1,560.75 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)&(9)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims: | $ 6,546.79 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 8,107.54 |

EXHIBIT D

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $1,560.75 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | JAMES E. STEVENS | 1,560.75 | 1,560.75 |
| | TOTAL | $ | 1,560.75 |

b. $6,546.79 for general unsecured creditors who have filed claims allowed in the total amount of $15,146.50, yielding a dividend of 43.22%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $15,146.50 | 43.22% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 4,587.27 | 1,982.76 |
| 2 | Roundup Funding, LLC | 10,559.23 | 4,564.03 |
| | TOTAL | $ | 6,546.79 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 5, 2007

JAMES E. STEVENS, Trustee
BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HUTMACHER, PERRY ROY<br><br>Debtor(s) | CASE NO. 07-70612 MB<br><br>Judge Manuel Barbosa |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:  HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES <u>JAMES E. STEVENS</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>1,560.75</u> as compensation, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>8,107.54</u>. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 310.75 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 1,560.75 | |

A description of the nature of the services performed by the Trustee is attached.

EXHIBIT E

# TRUSTEE'S NARRATIVE REPORT

Re:  Perry Roy Hutmacher, Bankruptcy
Case No. 07-70612

The only asset in this bankruptcy estate was the Debtor's interest in a whole life insurance policy. Said policy was disclosed on the Debtor's Petition and Schedules and at the 341 Meeting the Debtor did provide the Trustee with information on how to contact the life insurance company.

The Trustee contacted the life insurance company that requested additional documentation other than a request from the Trustee. The Trustee collected the additional documentation that the life insurance company requested and submitted the same to the company. The company did pay the Trustee in a relatively short time period.

Other activities of the Trustee in the administration of this Estate consisted of a review of claims, the establishment of the bankruptcy estate bank account and maintaining the same. Lastly, the Trustee prepared the Final Report herein.

Because this was a single asset that required little activity on behalf of the attorney for the Trustee, no attorney's time is being requested in this Final Report.

Law Offices
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
6833 Stalter Drive, First Floor
Rockford, IL  61108
(815) 962-6611    FAX (815) 962-0687
FEIN 36-2408289

---

PERRY ROY HUTMACHER

PAGE: 1
09/04/2007
ACCOUNT NO:  74792-001Z
STATEMENT NO:  1

TRUSTEE CASE - TRUSTEE TIME

JAMES E. STEVENS

INTERIM STATEMENT

| Date | | | Rate | |
|---|---|---|---|---|
| 04/19/2007 | JES | ATTENDANCE AT 341 MEETING | 0.00 | 0.30 |
| 04/28/2007 | JES | PREPARATION OF FILE ASSET NOTICE | 0.00 | 0.20 |
| 05/04/2007 | JES | RECEIVE AND REVIEW CLAIMS BAR PERIOD | 0.00 | 0.10 |
| 05/17/2007 | JES | RECEIVE AND REVIEW INFORMATION FROM LIFE INSURANCE COMPANY | 0.00 | 0.30 |
| 05/30/2007 | JES | CORRESPONDENCE TO INSURANCE COMPANY | 0.00 | 0.20 |
| 06/11/2007 | JES | RECEIVE AND REVIEW LETTER FROM INSURANCE COMPANY | 0.00 | 0.20 |
| 06/12/2007 | JES | CORRESPONDENCE TO INSURANCE COMPANY WITH REQUESTED DOCUMENTS | 0.00 | 0.30 |

PAGE: 2
PERRY ROY HUTMACHER                                           09/04/2007
                                             ACCOUNT NO:     74792-001Z
                                             STATEMENT NO:          1

TRUSTEE CASE - TRUSTEE TIME

JAMES E. STEVENS

                                                    Rate
06/25/2007
   JES   RECEIVE AND REVIEW INSURANCE
         FUNDS                                      0.00         0.20

08/09/2007
   JES   RECEIVE AND REVIEW CLAIMS                  0.00         0.40

09/04/2007
   JES   RECEIVE AND REVIEW PETITION AND
         SCHEDULES                                  0.00         0.30
   JES   PREPARE AND FILE FINAL REPORT              0.00         1.00
         James E. Stevens (JES)                                  3.50         0.00

         FOR CURRENT SERVICES RENDERED                           3.50         0.00

   TIMEKEEPER                          HOURLY RATE            TOTAL
   James E. Stevens (JES)         3.50       $0.00            $0.00


         BALANCE DUE                                                        $0.00


WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HUTMACHER, PERRY ROY

CASE NO. 07-70612 MB

Judge Manuel Barbosa

Debtor(s)

## APPLICATION OF TRUSTEE'S COUNSEL (OTHER PROFESSIONAL) FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:  HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

JAMES E. STEVENS, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 03/19/07. This Court on May 21, 2007 authorized employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Because this was a single asset case that required little activity on behalf of the attorney for the Trustee, no attorney's time is being request in this Final Report.

WHEREFORE, no attorney's time is being requested in this Bankruptcy Estate. Dated: September 5, 2007

RESPECTFULLY SUBMITTED,

_____
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108

EXHIBIT F

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| JAMES E. STEVENS | $ 0.00 | $ 1,560.75 | $ 1,560.75 |
| TOTALS | $ 0.00 | $ 1,560.75 | $ 1,560.75 |

EXHIBIT G