Case Name: PERRY ROY HUTMACHER
Case No:     07-70612

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  9/6/07                      WILLIAM T. NEARY
                                    United States Trustee, Region 11

                           BY:    ___/s/_____
                                  Carole J. Ryczek
                                  Attorney for the  U.S. Trustee