IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: |
HUTMACHER, PERRY ROY |
| CASE NO. 07-70612 MB
|
| Judge Manuel Barbosa
Debtor(s) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL  61101

   on: November 19, 2007
   at: 1:00 p.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,560.75 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                         $      8,107.54

   b. Disbursements                                    $          0.00

   C. Net Cash Available for Distribution              $      8,107.54

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $6,546.79, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $15,146.50, resulting in an approximate distribution of 43.22% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE:  10/23/2007                          /s/ James E. Stevens
                                           James E. Stevens

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

0612   Doc 25   Filed 10/25/07   Entered 10/27/07 23:38:14   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 1              Date Rcvd: Oct 25, 2007
Case: 07-70612                 Form ID: pdf002             Total Served: 28

The following entities were served by first class mail on Oct 27, 2007.
db          +Perry Roy Hutmacher,   831 S. 17th Avenue,   Freeport, IL 61032-5929
aty         +Mark Zaleski,   Mark E. Zaleski, Attorney at Law,   10 N Galena Avenue #220,
              Freeport, IL 61032-4360
tr          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, IL 61108-2579
11245612     Academy Collection Service,Inc.,   PO Box 16119,   Philadelphia, PA 19114-0119
11245613     AllianceOne Receivables Management,   PO Box 3101,   Southeastern, PA 19398-3101
11245615     Bank of America,   PO Box 1516,   Newark, NJ 07101-1516
11245614     Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
11245616     Blain's Farm & Fleet,   PO Box 9025,   Des Moines, IA 50368-9025
11245617     Blain's Farm & Fleet Plan,   PO Box 689182,   Des Moines, IA 50368-9182
11245618     Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
11245619    +Client Services, Inc.,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
11245623     Encore Receivable Management Inc.,   PO Box 3330,   Olathe, KS 66063-3330
11245624    +GC Services,   PO Box 3724,   Knoxville, TN 37927-3724
11347206    +Household Bank (SB) NA (Menards),   c/o Bass & Associates PC,   3936 E Ft Lowell Rd Suite 200,
              Tucson AZ 85712-1083
11245625    +Law Office of Joseph H. Belzer,   6640 Shady Oak Rd., Suite 310,   Eden Prairie, MN 55344-7710
11245626     MBNA America,   PO Box 15137,   Wilmington, DE 19886-5137
11245627     Menards,   Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
11245628     National Asset Recovery, Inc.,   2880 Dresden Dr., Suite 200,   Atlanta, GA 30341-3920
11245629    +Rockford Health Systems,   Rockford Memorial Hospital,   2400 North Rockton,
              Rockford, IL 61103-3681
11245630     Rockford Health Systems,   Rockford Memorial Hospital,   PO Box 14125,   Rockford, IL 61105-4125
11245631     Sam's Club,   PO Box 530942,   Atlanta, GA 30353-0942
11245632     Sears Gold Mastercard,   PO Box 182156,   Columbus, OH 43218-2156
11245633    +Wal-Mart,   Monogram Credit Card Bank of GA,   PO Box 530927,   Atlanta, GA 30353-0927

The following entities were served by electronic transmission on Oct 26, 2007.
11245614     E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 26 2007 02:48:24     Bank of America,
              PO Box 15726,   Wilmington, DE 19886-5726
11245620     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2007 02:51:36     Discover,   PO Box 15251,
              Wilmington, DE 19886-5251
11245621     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2007 02:51:36     Discover,   PO Box 30395,
              Salt Lake City, UT 84130-0395
11348798     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2007 02:51:36
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11245622     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2007 02:51:36     Discover Financial Services,
              PO Box 3025,   New Albany, OH 43054-3025
11245626     E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 26 2007 02:48:26     MBNA America,
              PO Box 15137,   Wilmington, DE 19886-5137
11479836    +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 26 2007 02:50:57     Roundup Funding, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
              Rockford, Il 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2007**                       **Signature:** _Joseph Speetjens_