UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| PERRY ROY HUTMACHER, | ) | Case No. 07-70612 |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: January 22, 2008

WILLIAM T. NEARY,
United States Trustee

By: _____
Carole Ryczek, Attorney for the U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2007 through November 30, 2007

Account Number: **000312096988166**

**CUSTOMER SERVICE INFORMATION**

Service Center:    1-800-634-5273



00015066 DBI 802 24 33707 - NNN  1 000000000 60 0000
07-70612 HUTMACHER PERRY ROY
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY   Bankruptcy Business Checking

|                    | INSTANCES | AMOUNT      |
|--------------------|-----------|-------------|
| Beginning Balance  |           | $8,107.54   |
| Checks Paid        | 3         | - 8,107.54  |
| Ending Balance     | 3         | $0.00       |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT    |
|--------------|-----------|-----------|
| 101          | 11/27     | $1,560.75 |
| 102          | 11/30     | 1,982.76  |
| 103          | 11/30     | 4,564.03  |
| Total Checks Paid |      | $8,107.54 |

## DAILY ENDING BALANCE

| DATE  | AMOUNT    |
|-------|-----------|
| 11/27 | $6,546.79 |
| 11/30 | 0.00      |

**JPMorganChase**

November 01, 2007 through November 30, 2007
Account Number: **000312096988166**

## IMAGES

ACCOUNT # 000312096988166




008870106719 NOV 27 #0000000101 $1,560.75



008870106719 NOV 27 #0000000101 $1,560.75



008870457377 NOV 30 #0000000102 $1,982.76



008870457377 NOV 30 #0000000102 $1,982.76

Page 2 of 3

**JPMorganChase**

November 01, 2007 through November 30, 2007

Account Number: **000312096988166**

ACCOUNT # 000312096988166



008470429186 NOV 30 #0000000103 $4,564.03



008470429186 NOV 30 #0000000103 $4,564.03

